UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KENSHOO, INC.,

                                              JUDGMENT

                Plaintiff,                  22-cv-764 (BMC)

   v.

ARAGON ADVERTISING, LLC,

                Defendant.
----------------------------------------------------------------X

       A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on February 18, 2022, dismissing this case for failure to properly plead subject matter jurisdiction; it is

       ORDERED and ADJUDGED that this case is dismissed for failure to properly plead subject matter jurisdiction.

Dated: Brooklyn, New York                              Brenna B. Mahoney
       February 23, 2022                                  Clerk of Court

                                                             By:   */s/Jalitza Poveda*
                                                                     Deputy Clerk